IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HANCOCK BANK,**
a Mississippi banking corporation,

    Plaintiff,

vs.                               CASE NO.: 4:13-CV-00123-RH-CAS

**COMRADES, LLC**, a dissolved Florida
limited liability company,
**ERIC A. JENKINS**, and **WOLF CREEK
HOMEOWNER'S ASSOCIATION, INC.,**
a Florida non-profit corporation,

    Defendants.

---

## ORDER FOR ENTRY OF JUDGMENT

Based on the Stipulated Motion for Entry of Deficiency Judgment, ECF No. 38,

IT IS ORDERED:

1.    The clerk must enter a final judgment under Federal Rule of Civil Procedure 58 stating, "Final judgment is entered in favor of Plaintiff, HANCOCK BANK, 1022 West 23rd Street, Fifth Floor, Panama City, Florida 32405 and against Defendants, Comrades, LLC and Eric A. Jenkins, jointly and severally, in the amount of $128,092.58. Plaintiff shall be entitled to recover post-judgment

interest at the legal rate established by 28 U.S.C. § 1961 from the date of the judgment until paid."

    2.    The clerk must close the file.

SO ORDERED on December 31, 2013.

                                                      s/Robert L. Hinkle
                                                    United States District Judge